IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


| | |
|---|---|
| IN RE:  KRISTIN MARIE ROMANAS | ) Chapter 13 |
| | ) |
| | ) |
| | ) |
| - Creditor | ) No. 14-23504 |
| Lakeview Loan Servicing, LLC | ) |
| | ) |
| v. | ) Judge |
| | )Eugene R. Wedoff |
| KRISTIN MARIE ROMANAS       - Debtor | ) |
| | ) |


NOTICE OF MOTION


TO:  SEE ATTACHED ADDRESSES


     PLEASE TAKE NOTICE THAT ON August 21, 2014 at 09:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 744, and shall then and there present the attached Motion and at which time you may appear if you so desire.


CERTIFICATION


     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 8/12/14, with proper postage prepaid.

                                        PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY               /s/Toni Dillon
INFORMATION OBTAINED WILL BE            ARDC#6289370
USED FOR THAT PURPOSE**
                                        1 North Dearborn
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        312-346-9088
PA14-1910

NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**By Electronic Notice through ECF**

To Debtor:
KRISTIN MARIE ROMANAS
4430 W 111TH St   APT 8
OAK LAWN, IL 60453
**By U.S. Mail**

9145 S. Springfield Avenue
Evergreen Park, IL 60805
**By U.S. Mail**

To Attorney:
Charles L. Magerski
Sulaiman Law Group, LTD
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
**By Electronic Notice through ECF**

**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**

**PA14-1910**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE:   KRISTIN MARIE ROMANAS            )
                                       )
Lakeview Loan Servicing, LLC           )
       Creditor,                       )    Case No. 14-23504
                                       )    Judge Eugene R. Wedoff
    vs.                                )
                                       )
KRISTIN MARIE ROMANAS,                 )
       Debtor,                         )
```

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Lakeview Loan Servicing, LLC, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 4430 W 111TH St APT 8, OAK LAWN, IL 60453, be Modified, stating as follows:

1. The instant bankruptcy was filed on June 24, 2014 and is not confirmed.

2. Lakeview Loan Servicing, LLC holds the first mortgage lien on the property located at 4430 W 111TH St., APT 8, OAK LAWN, IL.

3. The debtor's plan provides for surrender of the subject property.

4. The debtor does not provide for a cure of pre-petition default through the plan nor does the debtor propose to maintain the post petition mortgage payments.

5. The subject property's address is different from the debtor's mailing address.  Lakeview Loan Servicing, LLC asserts that the subject property is not the debtor's homestead residence.

6. Lakeview Loan Servicing, LLC continues to be injured each day it remains bound by the Automatic Stay.

7. Lakeview Loan Servicing, LLC is not adequately protected.

8. Said property is not necessary for the debtor's reorganization.

9. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 4430 W 111TH St., APT 8, OAK LAWN, IL 60453, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Lakeview Loan Servicing, LLC to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

Lakeview Loan Servicing, LLC

/s/Toni Dillon
Toni Dillon ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088